```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| EUGENE THYE BONNER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PA STATE ATTORNEY | : | |
| GENERAL, et al. | : | No. 13-540 |

## ORDER

AND NOW, this 24th day of June, 2014, upon careful and independent consideration of the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody (Docket No. 1), and after review of the Report and Recommendation of United States Magistrate Judge M. Faith Angell, and the petitioner's objections thereto, IT IS HEREBY ORDERED as follows:

1. The Report and Recommendation is APPROVED AND ADOPTED;

2. The petitioner's objections are OVERRULED;

3. The Petition for a Writ of Habeas Corpus is DENIED and dismissed without an evidentiary hearing; and

4. There is no basis for the issuance of a certificate of appealability.

The petitioner's three-page objections to Judge Angell's Report and Recommendation failed to engage with the Report and Recommendation in more than a cursory fashion.

First, Mr. Bonner argued that his petition was timely filed; however, the Report and Recommendation states that there is no dispute that Mr. Bonner's petition was timely filed.  Second, Mr. Bonner states in a single sentence that "[a]ll issues have been exhausted," but he makes no further arguments as to procedural default or exhaustion.  Third, Mr. Bonner argues that the state record shows that he was incompetent to enter his plea and that his counsel's representation on direct appeal and during post-conviction proceedings "fell below the standard of [f]ederal [l]aw."  The Court overrules the petitioner's conclusory objections to the Report and Recommendation.

                                BY THE COURT:


                                /s/ Mary A. McLaughlin
                                MARY A. McLAUGHLIN, J.